7jgmtwoh (7/12)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

*In Re:* Donald Wayne Johnson
*Debtor*

**First National Bank of Omaha**
　Plaintiff(s)

v.

**Donald Wayne Johnson**
　Defendant(s)

*Bankruptcy Case No.*
12–30437–jwv7

*Adversary Case No.*
12–03027–jwv

## JUDGMENT

　　The issues of this proceeding having been duly considered by the Honorable Jerry W. Venters , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

**IT IS ORDERED AND ADJUDGED**: the sum of $2553.63 to be nondischargeable pursuant to 11 U.S.C. Section 523(a)(2) as against Debtor, Donald Johnson, and in favor of First National Bank of Omaha. The terms of the Stipulation for Judgment executed and filed by the parties are incorporated herein by reference.



Ann Thompson
Court Executive

By: /s/ Jamie Hinkle
　　Deputy Clerk

Date of issuance: 12/20/12

Court to serve